

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-19-00752-CV

**IN RE THE CINCINNATI INSURANCE COMPANY**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Rebeca C. Martinez, Justice
               Irene Rios, Justice
               Liza A. Rodriguez, Justice

Delivered and Filed: November 6, 2019

PETITION FOR WRIT OF MANDAMUS DENIED

On October 24, 2019, relator filed a petition for writ of mandamus, which included a request to stay all trial court proceedings. After considering the petition and the record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a). Relator's request for a stay is denied as moot.

PER CURIAM

---

[1] This proceeding arises out of Cause No. 18-10-36490-MCV, styled *Ronnie Villanueva v. Juan Fernandez, et al.*, pending in the 293rd Judicial District Court, Maverick County, Texas, the Honorable Maribel Flores presiding.